**JANUARY 3, 1944**

*United States* v. *American Shipping Co.* (No. 4467).—Used electrons (Remission). Appeal from C. D. 771.

**APRIL 25, 1944**

*United States* v. *Gondrand Shipping Co. Inc.* (No. 4473).—Cotton wearing apparel—Evidence. Appeal from Reappraisement Decision 5970.

**OCTOBER 1, 1944**

*United States* v. *Kobrak* (No. 4485).—Remission—Intent. Appeal from C. D. 838.

**OCTOBER 3, 1944**

*United States* v. *Burgess Battery Co.* (No. 4492).—American goods returned. Appeal from C. D. 866.

**JANUARY 4, 1945**

*United States* v. *Kolmar, Inc.* (No. 4498).—Internal revenue tax—whiskey gauge. Appeal from C. D. 884.

**MARCH 5, 1945**

*Crosse & Blackwell Co. Inc.* v. *United States* (No. 4501).—Lemon pulp—fruit pulp. Appeal from C. D. 890.

207